IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER SHAN E LANGSTON,

    Plaintiff,                        No. 2:10-cv-3191 KJN P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION,
et al.,

    Defendants.                   ORDER

                                       /

        Plaintiff, a state prisoner[1] proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. The in forma pauperis application is incomplete because it includes neither a certificate attesting to plaintiff's prison trust account balance nor a certified copy of plaintiff's prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will be provided the

---

[1] Although plaintiff's complaint designates Avenal State Prison as plaintiff's place of incarceration, the "Inmate Locator" website operated by the California Department of Corrections and Rehabilitation indicates that plaintiff is currently incarcerated at California State Prison-Solano. Plaintiff is informed that failure to keep the court apprised of his current address may result in the dismissal of this action. See Local Rules 182(f) and 110.

1

opportunity to submit a completed in forma pauperis application that includes a certified assessment of the balance in his prison trust account.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission and submit the following documents to the court:

   a. A complete Application to Proceed In Forma Pauperis By a Prisoner; and

   b. A certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of the complaint.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff's failure to comply with this order may result in the dismissal of this action without prejudice.

DATED: December 6, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

lang3191.3c+new

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER SHANE LANGSTON,

    Plaintiff,

vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION, et al.,

    Defendants.
_____/

No. 2:10-cv-3191 KJN P

NOTICE OF SUBMISSION

    Plaintiff hereby submits the following document in compliance with the court's order filed _____:

    _____  Complete Application to Proceed In Forma Pauperis By a Prisoner/Certified Copy of Prison Trust Account Statement

DATED:

_____
Plaintiff